# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

136333

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JERRON JASON DAVIS,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136333
COA: 275478
Oakland CC: 2006-210240-FC

On order of the Court, the application for leave to appeal the March 11, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

_____
Clerk

l0721